UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MY GOALS SOLUTIONS, INC., and NYC
MEDICAL PRACTICE IP HOLDING, CORP.,

                  Plaintiffs,

- against -

CHRISTIAN BANKS, and BUSINESS ENTITIES A-J,

                  Defendants.

**ORDER**

22 Civ. 2493 (ER)

Ramos, D.J.:

    On March 28, 2022, My Goals Solutions and NYC Medical Practice IP Holding brought this trademark action against Defendants. Doc. 1. Christian Banks was served on June 13, 2022 and was required to answer by July 5, 2022. Doc. 7. As of the date of this Order, Banks has not appeared or responded to the complaint.

    Plaintiffs are therefore instructed to submit a status report by no later than October 14, 2022. Failure to do so may result in dismissal of this case for failure to prosecute.

It is SO ORDERED.

Dated:   October 7, 2022
           New York, New York

                                                            EDGARDO RAMOS, U.S.D.J.