UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MY GOALS SOLUTIONS, INC., and NYC
MEDICAL PRACTICE IP HOLDING, CORP.,

                        Plaintiffs,

              - against -

CHRISTIAN BANKS, and BUSINESS ENTITIES
A-J,

                        Defendants.

**ORDER**

22-cv-2493 (ER)

Ramos, D.J.:

On March 28, 2022, My Goals Solutions and NYC Medical Practice IP Holding brought this trademark action against Defendants. Doc. 1. Christian Banks was served on June 13, 2022 and was required to answer by July 5, 2022. Doc. 7. As of October 6, 2022, Banks had not appeared or responded to the complaint; accordingly, the Court instructed Plaintiffs to submit a status report by October 14, 2022.[1] Doc. 8.

On October 28, 2022, Plaintiffs filed an affidavit seeking default judgment and proposed clerk's certificate of default. Docs. 14, 15. That same day, the Clerk of Court entered the proposed certificate of default. Doc. 16.

Since October 28, 2022, Plaintiffs have not taken any additional steps pursuant to the Default Judgment Procedure of the Individual Practices of the Court, which includes preparing an Order to Show Cause. Plaintiffs are therefore directed either to move forward with the

---

[1] As of the date of this Order, Banks has still not appeared or responded to the complaint.

2

Default Judgment Procedure or to provide a status update by December 5, 2022.  Failure to do so may result in dismissal of the case for failure to prosecute.

It is SO ORDERED.

Dated:  November 28, 2022
       New York, New York

                                        EDGARDO RAMOS, U.S.D.J.