UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MY GOALS SOLUTIONS, INC., *et al.,*

                            Plaintiffs,               **RESCHEDULING
ORDER**

      - against -

CHRISTIAN BANKS, *et al.,*                    22 Civ. 2493  (ER)

                          Defendants.
-----------------------------------------------------------------x

      The show cause hearing previously scheduled for 9:30 a.m. on February 1, 2023, is hereby

**rescheduled for 3:30 p.m. on February 1, 2023,** in Courtroom 619 at the Thurgood Marshall

United States Courthouse, 40 Foley Square, New York, NY 10007.

      Counsel for the plaintiff is instructed to provide a copy of this order to the defendants.


Dated:  January 26, 2023
     New York, New York

                                   Edgardo Ramos, U.S.D.J.